## WADLOW, Plaintiff in Error, v. PERRYMAN'S ADMINISTRATOR, Defendant in Error.

1. In an action on a warranty of soundness of a negro slave, the declarations of such slave with respect to her symptoms, made by her when sick, are competent evidence as bearing upon the question of unsoundness.

*Error to Greene Probate and Common Pleas Court.*

This was an action on a warranty of soundness of a slave. At the trial, plaintiff offered in evidence the declarations of

said negro slave with respect to her symptoms, made when she was sick to those in attendance upon her. The court refused to permit the evidence to be introduced. The plaintiff took a nonsuit, with leave to move to set the same aside.

*Hendrick*, for plaintiff in error.

I. The court erred in excluding the offered testimony. (Marr v. Hill & Haynes, 10 Mo. 323.)

*Price* and *Foster*, for defendant in error.

SCOTT, Judge, delivered the opinion of the court.

We see no difference between this case and that of Marr v. Hill & Haynes, 10 Mo. 333. The evidence offered by the plaintiff of the declarations of the slave, made whilst she was laboring under sickness, as to the cause of her illness and the source of it, were admissible, and the court erred in excluding them. With the concurrence of the other judges, the judgment is reversed and the cause remanded.